### ARMOUR & CO. v. UNITED STATES.

(Circuit Court of Appeals, Second Circuit.   June 3, 1914.)

#### No. 297.

In Error to the District Court of the United States for the Southern District of New York.

In error to the District Court of the United States for the Southern District of New York to review a decree (208 Fed. 950) entered upon a trial directing the condemnation of certain frozen eggs seized under Act June 30, 1906, c. 3915, 34 Stat. 768 (U. S. Comp. St. Supp. 1911, p. 1354).

Breed, Abbott & Morgan, of New York City, for plaintiff in error.

H. Snowden Marshall, U. S. Atty., and Addison S. Pratt, Asst. U. S. Atty., both of New York City.

Before COXE and ROGERS, Circuit Judges, and MAYER, District Judge.

COXE, Circuit Judge. In view of our decision in the case of the United States against Thirteen Crates of Frozen Eggs, 215 Fed. 584, 131 C. C. A.

652, decided at this term, it is hardly to be expected that a conclusion in favor of the plaintiff in error would be reached herein even if we were permitted to review the questions presented at the argument and in the briefs. But we are not permitted to review these questions because there is no bill of exceptions. None of the questions discussed is properly before us.

The writ of error is dismissed.